ELECTRIC GAS-LIGHTING COMPANY *v.* TILLOTSON. Appeal from the Circuit Court of the United States for the Southern District of New York. No. 235. Argued March 20, 1891. Decided April 6,

1891.    Mr. Justice Blatchford delivered the opinion of the court.    This suit is founded upon the same reissue, No. 9743, considered in No. 232, *Electric Gas-Lighting Co.* v. *Boston Electric Co.,* just decided.    The case was heard by Judge Wheeler, who dismissed the bill, holding that claims 2 and 5 of the reissue were invalid.    21 Fed. Rep. 568.    It having been stipulated that, if the decree in No. 232 is affirmed, the decree in No. 235 shall be affirmed without costs to the appellee, and the decree in No. 232 having been affirmed, the decree in No. 235 is

*Affirmed, without costs to the appellee.*

*Mr. Edward P. Payson* and *Mr. Edwin H. Brown* for appellant.

*Mr. John E. Abbott* and *Mr. John L. S. Roberts* for appellee.